IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF KANSAS
AT KANSAS CITY

IN RE: )
)
ADRIANE DESIREE KILPATRICK, ) CASE NO. 09-24154
)
DEBTOR. )

## AMENDMENT TO SCHEDULE F
### Creditors Holding Unsecured Nonpriority Claims

COMES NOW the Debtor, Adriane Kilpatrick, by and through her attorney, Colin N. Gotham of Evans & Mullinix, and hereby amends her Schedule F as attached.

/s/ Adriane Kilpatrick
Adriane Kilpatrick

Respectfully Submitted:

EVANS & MULLINIX, P.A.

/s/ Colin N. Gotham
Colin N. Gotham, KS #19538
7225 Renner Road, Suite 200
Shawnee, KS 66217
(913) 962-8700; (913) 962-8701 (FAX)
ATTORNEYS FOR DEBTOR

### CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was served electronically to those parties who have entered an appearance in the court's Electronic Court Filing (ECF) System on the date entered on the court's docket.

/s/ Colin N. Gotham
Colin N. Gotham

In re  Adriane Desiree Kilpatrick                                       Case No.  09-24154
                                    Debtor

# AMENDED
# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐  Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community H/W/J/C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br>Creditor #: 1<br>Angela W. Minor, Ph.D.<br>600 SW Jefferson St.<br>Suite 206<br>Lee's Summit, MO 64063 | | - | 2008<br>Medical services | | | | 312.96 |
| Account No. xxxxxxA198<br>Creditor #: 2<br>Jayhawk Primary Care, Inc.<br>PO Box 804402<br>Kansas City, MO 64180-0402 | | - | 2009<br>Medical services | | | | 90.00 |
| Account No. xxxxx0091<br>Creditor #: 3<br>Kansas University Physicians<br>PO Box 410389<br>Kansas City, MO 64141-1851 | | - | 2009<br>Medical services | | | | 481.36 |
| Account No. xxxxxx31-16<br>Creditor #: 4<br>KU Medical Center<br>3901 Rainbow Blvd<br>Kansas City, KS 66160 | | - | 2009<br>Medical services | | | | 198.00 |
| _2_ continuation sheets attached | | | | | Subtotal<br>(Total of this page) | | 1,082.32 |

In re **Adriane Desiree Kilpatrick**, Case No. **09-24154**
Debtor

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br>Berman & Rabin, PA<br>10660 Barkley<br>Overland Park, KS 66212 | | | Representing:<br>KU Medical Center | | | | Notice Only |
| Account No.<br>Creditor #: 5<br>KU Physician Services<br>3901 Rainbow<br>Kansas City, KS 66160 | | - | 2009<br>Medical services | | | | 245.52 |
| Account No.<br>Consumer Collection Management<br>PO Box 1839<br>Maryland Heights, MO 63043 | | | Representing:<br>KU Physician Services | | | | Notice Only |
| Account No. xxxxxx9605<br>Creditor #: 6<br>Quest Diagnostics<br>PO Box 740780<br>Cincinnati, OH 45274-0780 | | - | 2009<br>Medical services | | | | 300.14 |
| Account No.<br>Creditor #: 7<br>Reproductive Resource Center<br>PO Box 844116<br>Kansas City, MO 64184 | | - | 2007<br>Medical services | | | | 164.35 |

Sheet no. **1** of **2** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) **710.01**

B6F (Official Form 6F) (12/07) - Cont.

In re  Adriane Desiree Kilpatrick , Case No. 09-24154
                    Debtor

# AMENDED
# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. xxxx1070 <br> Creditor #: 8 <br> University of Kansas Hospital <br> PO Box 2941 <br> Shawnee Mission, KS 66201 | - | | 2009 <br> Medical services | | | | 516.00 |
| Account No. xxxx869-8 <br> Creditor #: 9 <br> University of Kansas Hospital <br> c/o Central States Recovery <br> PO Box 3130 <br> Hutchinson, KS 67504-3130 | - | | 2009 <br> Medical services | | | | 1,478.91 |
| Account No. xxxxxxx3997 <br> Creditor #: 10 <br> West Asset Management <br> 2703 N. Highway 75 <br> Sherman, TX 75090 | - | | 2007 <br> Medical services | | | | 223.60 |
| Account No. | | | | | | | |
| Account No. | | | | | | | |

Sheet no. _2_ of _2_ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)  2,218.51

Total (Report on Summary of Schedules)  4,010.84

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com    Best Case Bankruptcy